NO. 07-02-0489-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JUNE 17, 2003

______________________________

IN THE INTEREST OF S.C.H. AND S.L.H., MINOR CHILDREN

_________________________________

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 50123-C; HONORABLE PATRICK A. PIRTLE, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION
(footnote: 1)
 Appellant Danny Morris Henry perfected this appeal from the trial court’s order in a suit to modify the parent-child relationship.  Pending before this Court is Henry’s motion to dismiss the appeal by which he represents that he wishes to withdraw his notice of appeal.  The motion is signed by Henry and his counsel and by the attached certificate of conference, counsel indicates that appellee Dawn Lynn Wauer is in agreement.

Without passing on the merits of the appeal, pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure we grant the motion and dismiss the appeal.  Having dismissed the appeal at Henry’s request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis

    Justice

FOOTNOTES
1:
Tex. R. App. P. 47.2(a).